No. 76–1250. VELSICOL CHEMICAL CORP. *v.* ENVIRONMEN- TAL PROTECTION AGENCY ET AL. C. A. D. C. Cir. Mo- tions of Manufacturing Chemists Assn. and National Agri- cultural Chemicals Assn. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 76–1285. NEW YORK *v.* TESTA ET AL. Ct. App. N. Y. Motion of respondent Eugene Riggio for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 76–1305. SIMS *v.* VIRGINIA ELECTRIC & POWER CO. C. A. 4th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 76–6235. COOPER *v.* FLORIDA. Sup. Ct. Fla. Cer- tiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MAR- SHALL would grant certiorari and vacate judgment insofar as it leaves undisturbed the sentence of death. See *Gregg* v. *Georgia,* 428 U. S. 153, 227 (1976) (BRENNAN, J., dissenting); *id.,* at 231 (MARSHALL, J., dissenting).

No. 74–1263. BREWER, WARDEN *v.* WILLIAMS, 430 U. S. 387;

No. 75–1053. JONES, DIRECTOR, DEPARTMENT OF WEIGHTS AND MEASURES, RIVERSIDE COUNTY *v.* RATH PACKING CO., 430 U. S. 519;

No. 76–689. MITCHELL *v.* UNITED STATES, 430 U. S. 945;

No. 76–892. FLOREA ET AL. *v.* UNITED STATES, 430 U. S. 945;

No. 76–1038. ALLEN ET AL. *v.* AUSTIN, SECRETARY OF STATE OF MICHIGAN, ET AL., 430 U. S. 924; and

No. 76–1050. CAPLAN *v.* HOWARD ET AL., 430 U. S. 932. Petitions for rehearing denied.